UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTHERN NEW ENGLAND TELEPHONE CO., | CIVIL ACTION NO. 3:02 CV 274 (SRU) |
| PLAINTIFF, | |
| VS. | February 18, 2004 |
| MCI WORLDCOM COMMUNICATIONS, INC., ET AL., | |
| DEFENDANTS. | |

## MOTION TO WITHDRAW APPEARANCE OF TIMOTHY G. RONAN

Pursuant to Rule 7(e) of the Local Rules of the United States District Court, District of Connecticut, Timothy G. Ronan, Esq., hereby moves to withdraw his appearance filed on behalf of Defendants, MCI Worldcom Communications, Inc., MCI Metro Access Transmission Services, Inc. and Brooks Fiber Communications of Connecticut, Inc. ("Defendants") in the above captioned matter. In support of this Motion, the undersigned states as follows:

1.  I am a former principal of the law firm of Cummings & Lockwood LLC.

2.   I entered an appearance on behalf of Defendants on May 14, 2003 in addition to the appearance already on file for Robert J. Sickinger.

3.   As of December 1, 2003, I am no longer a principal of Cummings & Lockwood LLC and am now a member of the law firm of Pullman & Comley, LLC. I have notified the Court of this change in employment.

4.   Cummings & Lockwood LLC and Robert J. Sickinger will continue to adequately represent the Defendants' interests in this action.

5.   As indicated in the attached certification, a copy of this Motion has been sent to the Defendants.

THE DEFENDANTS,
MCI WORLDCOM COMMUNICATIONS, INC., MCI METRO ACCESS TRANSMISSION SERVICES, INC. AND BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC.

_____
Timothy G. Ronan (ct 06310)
Pullman & Comley, LLC
300 Atlantic Street
Stamford, CT  06901-3522
(203) 324-5000 (Tel.)
(203) 363-8659 (Fax)
tronan@pullcom.com

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on February 18, 2004 to all counsel and pro se parties of record.

David L. Schwarz, Esq.
Michael K. Kellogg, Esq.
Todd & Evans
1615 M Street, NW
Suite 400
Washington, DC  20036

Michael C. D'Agostino, Esq.
Bingham McCutchen
One State Street
Hartford, CT  06103-3178

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT  06509-1910

Michael B. DeSanctis, Esq.
Jenner & Block
601 13th Street, N.W.
12th Floor
Washington, DC  2005

Robert J. Sickinger, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT  06904-0120

Robert L. Marconi, Esq.
Tatianna D. Eirmann, Esq.
Attorney General's Office
Public Utility Control
10 Franklin Square
New Britain, CT  06051

_____
Timothy G. Rohan (ct 06310)

STFD/TEMP.TEMP/TRONAN/311417v1

3