FILED

2004 FEB 19 P 1: 11

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SOUTHERN NEW ENGLAND TELEPHONE CO., | CIVIL ACTION NO. 3:02 CV 274 (SRU) |
| PLAINTIFF, | |
| VS. | February 18, 2004 |
| MCI WORLDCOM COMMUNICATIONS, INC., ET AL., | |
| DEFENDANTS. | |

### MOTION TO WITHDRAW APPEARANCE OF TIMOTHY G. RONAN

Pursuant to Rule 7(e) of the Local Rules of the United States District Court, District of Connecticut, Timothy G. Ronan, Esq., hereby moves to withdraw his appearance filed on behalf of Defendants, MCI Worldcom Communications, Inc., MCI Metro Access Transmission Services, Inc. and Brooks Fiber Communications of Connecticut, Inc. ("Defendants") in the above captioned matter. In support of this Motion, the undersigned states as follows:

1. I am a former principal of the law firm of Cummings & Lockwood LLC.

MOTION GRANTED.
SO ORDERED
2/23/04