CT/cvmhrg (January 10, 2002)

HONORABLE **Stefan Underhill**

DEPUTY CLERK _____  RPTR/ERO/TAPE **Cortucci**

TOTAL TIME: **3** hours **15** minutes

DATE **3-4-04**   START TIME **10:15**   END TIME **1:30**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02cv274(SRU)**

**SNET** vs. **MCI**

Plaintiffs Counsel: **Peggy Garber, David Schwartz**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Michael DeSantis, Tatiana Eirman, Robert Sickinger**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

- ☑ #43 Motion **for Summary Judgment by SNET** — ☐ granted ☐ denied ☑ advisement
- ☑ #47 Motion **for Summary Judgment by MCI et al** — ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____