# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | APPEARANCE |
| Plaintiff, | CASE NUMBER: 3:02CV0274(SRU) |
| V. | |
| MCI WORLDCOM COMMUNICATIONS, INC., ET AL., | |
| Defendants. | |

**FILED**
2004 MAR -3 P 12: 19
US DISTRICT COURT
BRIDGEPORT CT

*To the Clerk of this court and all parties of record:*

*Enter my appearance as counsel in this case for* **Plaintiff, THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY**

March 2, 2004
Date

ct23755
*Conn. Federal Bar Number*

[Signature]
Signature

Margaret E. Garber
Print Name

The Southern New England Telephone Company
Firm Name

310 Orange Street, 8th Floor
Address

New Haven        CT        06510
City             State     Zip Code

(203) 771-2110
Phone Number

(203) 771-6577
Fax Number

mg1653@ctmail.snet.com
E-mail address

## **CERTIFICATION**

It is hereby certified that a copy of the foregoing Appearance was mailed on this 2nd day of March 2004, to the following:

Robert S. Golden
Tatiana D. Eirmann
Department of Pubic Utility Control
Assistant Attorney General's Office
Ten Franklin Square
New Britain, CT 06051
Telephone (860) 827-2682
Fax (860) 827-2613

Timothy Jensen
Tyler, Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910
Telephone (203) 784-8200
Fax (203) 789-2133

David L. Schwarz
Kellogg, Huber, Hansen
 Todd & Evans PLLC
1615 M Street, NW Suite 400
Washington, DC 20036
Telephone (202) 326-7900
Fax (202) 326-7999

Robert J. Sickinger, Esq.
Cummings & Lockwood, LLP
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

Michael B. DeSanctis
Jenner & Block, LLC
601 13th Street N.W.
Washington, DC 20005

_____
Lisa L. Granger