IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MCI WORLDCOM COMMUNICATIONS, INC., et al.<br><br>    Defendants. | Civil Action No. 3:02 CV274 (SRU)<br><br>March 2, 2004 |

**MCI'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants/Counterclaim and Cross-Claim Plaintiffs WorldCom, Inc., Brooks Fiber Communications of Connecticut, Inc., MCI WORLDCOM Communications, Inc., and MCImetro Access Transmission Services LLC (collectively "MCI"), by their undersigned attorneys, file this Notice of Supplemental Authority to bring to the Court's attention a decision of the United States Court of Appeals for the Fourth Circuit that was issued after the close of substantive briefing in this case.

In *MCImetro Access Transmission Services, Inc. v. BellSouth Telecommunications Company, Inc.*, 352 F.3d 872 (4th Cir. 2003), the Fourth Circuit recognized that the FCC Wireline Competition Bureau's "*Virginia Arbitration Order*"[1] is entitled to "the same deference as if it had been rendered by the FCC itself." *MCImetro Access Services, Inc.*, 352 F.3d at 880-

---

[1] *In re Petition of WorldCom, Inc. Pursuant to Section 252(e)(5) of the Communications Act For Preemption of the Jurisdiction of the Virginia State Corporation Commission Regarding Interconnection Disputes With Verizon Virginia, Inc. and for Expedited Arbitration*, Nos. 00-

81 & n.8. In addition, the court recognized the FCC's policy of considering FCC Section 271 proceedings to be "'inappropriate forums for the considered resolution of industry-wide local competition questions of general applicability.'" *Id.* at 879-80 & n.6 (quoting *In re Joint Application of SBC Communications, Inc., et al. For Provision Of In-Region, InterLATA Services In Kansas And Oklahoma*, 16 F.C.C.R. 6237, 6246 ¶ 19 (2001)).

        Respectfully submitted,

        WORLDCOM, INC.; BROOKS FIBER
        COMMUNICATIONS OF CONNECTICUT, INC.;
        MCI WORLDCOM COMMUNICATIONS, INC.;
        and MCIMETRO ACCESS TRANSMISSION
        SERVICES LLC

        BY JENNER & BLOCK LLP
        THEIR ATTORNEYS

        */s/ Michael B. DeSanctis*
        Donald B. Verrilli, Jr.
        Michael B. DeSanctis
        Federal Bar No. ct 22712
        Robin M. Meriweather
        JENNER & BLOCK LLP
        601 13th Street, N.W.
        Washington, D.C. 20005

Allison M. Ellis         Robert Dolian
MCI         Federal Bar No. 04278 Ct
1133 19th Street N.W.         Robert Sickinger
Washington, D.C. 20036         Federal Bar No. 18425 Ct
        CUMMINGS & LOCKWOOD
        Four Stamford Plaza
        P.O. Box 120
        Stamford, CT 06904-0120

---

218, 00-249, 00-251, ___ F.C.C.R. ___ , DA 02-1731 (rel. July 17, 2002) (attached to MCI's Memorandum of Law in Support of Summary Judgment, at Tab 2).

## **CERTIFICATION**

I hereby certify that on this 2nd day of March 2004, a copy of the foregoing Notice of Supplemental Authority was sent by UPS Next-Day Air to:

Tatiana D. Eirmann
Assistant Attorney General
Department of Public Utility Control
10 Franklin Square
New Britain, CT 06051
Tel: (860) 827-2620

*Attorney for Plaintiffs/Cross-claim Defendants
Connecticut Department of Public Utility Control
and Donald W. Downes, Glenn Arthur, Jack R. Goldberg,
Linda J. Kelly Arnold, & John W. Betkoski, III*

Michael C. D'Agostino
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910
Tel: (203) 784-8200
Fax: (203) 777-1181

*Attorney for Southern New England Telephone Company*

Michael K. Kellogg, Esq.
David L. Schwarz, Esq.
Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036

*Of Counsel for Southern New England Telephone Company*

_____
Robin M. Meriweather