IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MCI WORLDCOM COMMUNICATIONS, INC., <u>et al.</u>,<br><br>    Defendants/<br>    Counterclaim and Cross-claim Plaintiffs. | Civil Action No. 3:02 CV274 (SRU)<br><br><br><br><br><br><br><br><br><br>August 6, 2004 |

**<u>SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS AND COUNTERCLAIM AND CROSS-CLAIM PLAINTIFFS MCI WORLDCOM COMMUNICATIONS, INC., MCIMETRO ACCESS TRANSMISSION SERVICES LLC, AND BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC.</u>**

Pursuant to Rule 7.1(b)(2) of the Federal Rules of Civil Procedure, Defendants and Counterclaim and Cross-Claim Plaintiffs MCI, Inc., MCI WorldCom Communications, Inc., MCImetro Access Transmission Services LLC, and Brooks Fiber Communications of Connecticut, Inc., through undersigned counsel, submit the following supplemental corporate disclosure statement to inform the Court of recent changes in corporate structuring that occurred as a result of the company's emergence from Chapter 11 bankruptcy:

Both MCImetro Access Transmission Services LLC (successor to Brooks Fiber Communications of Connecticut, Inc. and Brooks Fiber Properties, Inc.) and MCI WORLDCOM Communications, Inc. are indirect, wholly owned subsidiaries of MCI, Inc. ("MCI"), a publicly held corporation that is successor to WorldCom, Inc. MCImetro Access Transmission Services LLC's direct parent corporation is MCI WORLDCOM Network Services, Inc.. MCI

WORLDCOM Communications, Inc.'s direct parent corporation is MCI WORLDCOM Network Services, Inc.. MCI WORLDCOM Network Services, Inc.'s direct parent corporation is MCI Communications Corporation. MCI Communications Corporation's direct parent corporation is MCI. MCI has no parent corporation. MCI, through its operating subsidiaries, provides local, long-distance, and other telecommunications services domestically and internationally.

                                               Respectfully Submitted,

                                               MCI INC.; BROOKS FIBER
                                               COMMUNICATIONS OF CONNECTICUT, INC.;
                                               MCI WORLDCOM COMMUNICATIONS, INC.;
                                               and MCIMETRO ACCESS TRANSMISSION
                                               SERVICES, LLC

                                               BY CUMMINGS & LOCKWOOD LLC
                                               THEIR ATTORNEYS

|  |  |
|---|---|
|  | /s/ Robert J. Sickinger |
| William Single, IV | Robert P. Dolian |
| Allison M. Ellis | Federal Bar No. 04278 Ct |
| MCI, Inc. | Robert J. Sickinger |
| 1133 19th Street N.W. | Federal Bar No. 18425 Ct |
| Washington, D.C. 20036 | CUMMINGS & LOCKWOOD LLC |
|  | Four Stamford Plaza |
|  | 107 Elm Street |
|  | Stamford, CT 06902 |
|  |  |
|  | Michael B. DeSanctis |
|  | Federal Bar No. 22712 Ct |
|  | JENNER & BLOCK LLP |
|  | 601 Thirteenth Street, N.W. |
|  | Washington, D.C. 20005 |
|  |  |
|  | *Counsel for Defendants/Cross-Claim Plaintiffs* |

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT has been mailed postage prepaid this 6th day of August 2004, to the following counsel of record:

Timothy P. Jensen, Esq..
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910

Robert L. Marconi, Esq.
Tatiana Eirmann, Esq.
Department of Public Utility Control
10 Franklin Square
New Britain, CT 06051

Michael K. Kellog, Esq.
David L. Schwarz, Esq.
Kellog, Huber, Hansen, Todd & Evans, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036

/s/ Robert J. Sickinger

.StmLib1:1069775.1 08/06/04