UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 FEB -4  P 3: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

v                                                                           3:02CV274 (SRU)

MCI WORLDCOM COMMUNICATIONS, INC.,
MCI METRO ACCESS TRANSMISSION
SERVICES, INC., BROOKS FIBER
COMMUNICATIONS OF CONNECTICUT,
INC., THE CONNECTICUT DEPARTMENT OF
PUBLIC UTILITY CONTROL, the Honorable
DONALD W. DOWNES, in his capacity as a
Commissioner of the Connecticut Department of
Public Utility Control, the Honorable LINDA KELLY,
in her capacity as a Commissioner of the Connecticut
Department of Public utility Control, the Honorable
GLENN ARTHUR, in his capacity as a Commissioner
of the Connecticut Department of Public Utility Control,
the Honorable JOHN W. BETKOSKI, III, in his capacity
as a Commissioner of the Connecticut Department
of Public Utility Control, and the Honorable JACK R.
GOLDBERG, in his capacity as a Commissioner of
the Connecticut Department of Public Utility Control

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of the plaintiff's and defendants' MCI Worldcom Communications, Inc., MCI Metro Access Transmission Services, Inc., Brooks Fiber Communications of Connecticut, Inc., motions for summary judgment.

The Court heard oral argument on March 4, 2004, and has reviewed all of the papers filed in conjunction with the motions. On January 31, 2005, a Decision and Order was filed granting the motions for Summary Judgment, vacating the Department of Public Utility Control's ruling on

all disputed issues and remanding the case to the Department of Public Utility Control for further proceedings consistent with the decision.

It is therefore ORDERED and ADJUDGED that the Department of Public Utility Control ruling on all disputed issues is vacated and the case is remanded for further proceedings consistent with the decision entered on January 31, 2005.

Dated at Bridgeport, Connecticut, this 4th day of February 2005.

KEVIN F. ROWE, Clerk

By _____
Deputy Clerk

Entered on Docket _____