# EXHIBIT C

MCImetro ACCESS TRANSMISSION SERVICES, LLC                    CONNECTICUT D.P.U.C. NO. 5
                                                               Original Title Sheet

This tariff, Connecticut Tariff No. 5 filed by MCImetro Access Transmission Services, LLC, cancels and replaces, in its entirety, the current tariff on file with the Commission, Connecticut Tariff No. 1, issued by Brooks Fiber Communications of Connecticut, Inc.

REGULATIONS AND SCHEDULE OF INTRASTATE CHARGES

APPLYING TO END-USER LOCAL EXCHANGE

COMMUNICATIONS SERVICES WITHIN

THE STATE OF CONNECTICUT

Services contained herein are grandfathered and are only available to existing customers.

Issued By: May 28, 2004                                                Effective: June 11, 2004
                        Pam Stinson, Tariff Administrator
                        6 Concourse Parkway, Suite 600
                        Atlanta, Georgia  30328

MCImetro ACCESS TRANSMISSION SERVICES, LLC                CONNECTICUT D.P.U.C. NO. 5
                                                          Original Page 21.29

## MCI WORLDCOM ON-NET LOCAL EXCHANGE SERVICE

21.7   Miscellaneous Services (Continued)

    21.7.8   Foreign Exchange (FX) Service: FX Service enables a Customer to receive Company-provided Local Exchange Access Service at a point(s) outside the Local Exchange Service Area that normally serves the customer's location. FX service can be used to receive one-way inbound digital traffic only. Customers subscribing to FX service must purchase an entire T-1 and meet the following conditions: 1) 100 percent of the traffic carried must be inbound local; and 2) the average off-hook time per call is more than ten minutes.

    The Local Exchange Calling Area and all Usage Services rates which apply to an FX Exchange Access Service are the same as those which regularly apply to other' Company-provided Local Exchange Access Services bearing the same NPA-NXX designation.

    Customers are prohibited from using FX service to place outbound calls including, but not limited to "911" emergency numbers. This restriction is required in order to assure that emergency calls are routed to the Public Safety Answering Point serving the geographical area associated with the Customer's telephone number. The Company strongly recommends that each Customer maintain at least one telephone exchange service access line bearing an NPA-NXX designation associated with the Customer's actual geographic location for emergency use.

    FX Service customers are not eligible to enroll in the On-Net Term Plan or Local On-Net Term Plan discount programs.

    21.7.8.1 Features: The following features are available:

        21.7.8.1.1   Standard:
                      Hunting (Circular, Sequential and Uniform Call Distribution);
                      Touchtone

        21.7.8.1.2   Optional:
                      Vanity Number

    21.7.8.2 FX Service Rates and Charges: An FX service Customer will be charged applicable Non-Recurring Charges and monthly Recurring Charges as specified in Sections 21.7.8.2.1 and 21.7.8.2.2, respectively. Customers signing a new term plan can subscribe to digital trunk FX Service or Local ISDN-PRI FX Service. The monthly recurring T-1 charge for Local ISDN-PRI FX Service is in lieu of the monthly recurring Local ISDN-PRI T-1 charge as specified in Section 21.5. All other applicable charges associated with Local ISDN-PRI will apply as specified in Section 21.5. DID functionality and blocks of DID numbers will be available at no additional charge for up to a 100 DID numbers. Charges for volume of DID numbers greater than 100 will apply as specified in Section 21.2.2.3.

        21.7.8.2.1   Non-Recurring Charges

                Account Setup        $0.00
                (per account)

---

Issued By: May 28, 2004                                               Effective: June 11, 2004
                                  Pam Stinson, Tariff Administrator
                                  6 Concourse Parkway, Suite 600
                                  Atlanta, Georgia  30328

### MCI WORLDCOM ON-NET LOCAL EXCHANGE SERVICE

21.7    Miscellaneous Services (Continued)

    21.7.8    Foreign Exchange (FX) Service (Cont.)

        21.7.8.2.2    Non-Recurring Charges

| | |
|---|---|
| Account Changes | $33.00 |
| (Moves, Changes, Additions) (Per change) | |
| Account Changes (Per Billing Record Change) | $12.00 |
| Line Restoral Charge (Per trunk) | $20.00 |

(Applies for trunk restoral after temporary interruption of service initiated by the Company. If service is temporarily interrupted and payment is not received within 10 days following the interruption, the Company reserves the right to discontinue service. If service is discontinued and subsequently re-established, charges apply as for a new installation of service.)

| | |
|---|---|
| Suspension of Service Restoral Charge (per trunk) | $37.85 |

(Applies for trunk restoral after Customer-initiated suspension.)

(Per Trunk)
The charges specified in section 21.7.6 will apply for Vanity Numbers.

| | |
|---|---|
| T-1 Order Expedite Charge (per T-1) | $600.00 |
| Due Date Change (per occurrence) | $10.00 |
| Local T-1 Installation Charge (per T-1) | $200.00 |

MCImetro ACCESS TRANSMISSION SERVICES, LLC                CONNECTICUT D.P.U.C. NO. 5
                                                          Original Page 21.30.1

# MCI WORLDCOM ON-NET LOCAL EXCHANGE SERVICE

21.7    Miscellaneous Services (Continued)

    21.7.8    Foreign Exchange (FX) Service (Cont.)

        21.7.8.2.2   Monthly Recurring Charges

| | |
|---|---|
| Local ISDN PRI Charge (1) (Per T-1) | $100.00 |
| Digital Trunk Charge (Per T-1) (2) | $552.00 |
| Local ISDN-PRI Charge (Per T-1) (2) | $552.00 |

Optional Features:
The charges specified in section 21.7.5 will apply for Vanity Numbers.

(1)   This service is not available to new subscribers effective January 11, 2003.
(2)   This service is only available to new and existing customers who subscribe to a new term plan.

---

Issued By: May 28, 2004                                   Effective: June 11, 2004
Pam Stinson, Tariff Administrator
6 Concourse Parkway, Suite 600
Atlanta, Georgia 30328

# MCI WORLDCOM ON-NET LOCAL EXCHANGE SERVICE

21.7   Miscellaneous Services (Continued)

   21.7.8   Foreign Exchange (FX) Service (Cont.)

      21.7.8.2.3   Term Plans

      The FX Service Term Plan is a term plan, in lieu of all other tariffed term plans, available to FX Service customers. Customers who subscribe to FX Service Term Plan are subject to the following conditions:

      Definition of Terms:
      Qualifying Volume is the customer's total monthly recurring FX Service Digital Per Trunk charge, monthly recurring FX charge, monthly recurring charges for FX Service Optional Features and monthly recurring charges for Local ISDN-PRI Optional Features, after the application of promotional and other discounts. Charges for the following are not included as Qualifying Volume and are not calculated in satisfaction of the FX Service Term Plan volume commitment: Non-recurring charges for FX Service; non-recurring charges for FX Service Optional Features; non-recurring charges for Local ISDN-PRI, and taxes.

      Eligible Volume is the customer's total monthly recurring FX Service Digital Per Trunk charge and FX charge, after the application of promotional and other discounts. Charges for following are not included as Eligible Volume and will not receive FX Service Term Plan volume discounts: Non-recurring charges for FX Service; non-recurring and monthly recurring charges for FX Service Optional Features; non-recurring and monthly recurring charges for Local ISDN-PRI Optional Features, and taxes.

      Term Commitment and Renewal Options: A customer must commit to a service for a term of either one, two, three, four, or five years. The term of service will commence no earlier than the first day of the next billing month in which the customer subscribes to the plan. A plan will automatically renew for an equivalent term and volume commitment upon expiration of its term unless the customer provides written notification to cancel the FX Service Term Plan, which must be received by the Company no more than 30 days after expiration of the existing term. If the customer cancels the existing term plan within 30 days after expiration of the existing term, the customer will receive the discounts for which the customer qualifies during the 30-day period following the expiration of the existing term of service.

MCImetro ACCESS TRANSMISSION SERVICES, LLC   CONNECTICUT D.P.U.C. NO. 5
Original Page 21.30.3

## MCI WORLDCOM ON-NET LOCAL EXCHANGE SERVICE

21.7     Miscellaneous Services (Continued)

     21.7.8     Foreign Exchange (FX) Service (Cont.)

         21.7.8.2.3     Term Plans (Continued)

Volume Commitment: A customer may elect a FX-Service Term Plan monthly volume commitment of one of the following amounts, calculated after the application of promotional and other discounts: $100; $250; $500; $1,000; $2,000; $3,000; $4,000; $5,000; $7,000, or an annual volume commitment of the following amounts, calculated after the application of promotional and other discounts: $120,000; $180,000; $300,000; $600,000; $900,000; $1.2 million; $1.8 million, $2.4 million. The customer's volume commitment will be based upon the customer's Qualifying Volume. At any time during the term of service, a customer may elect a higher equivalent Annualized volume commitment. If a customer so elects, the term of service expiration date will not change, The new volume commitment will apply beginning in the following month for monthly commitments and as of the beginning of the commitment year in which the new volume commitment is elected for annual commitments. The discounts associated with the new commitment volume level apply to charges and usage only from the new election date forward.

Underutilization Charges: If at the end of any year of the term of service, a customer fails to satisfy its annual volume commitment, the customer must pay the difference between the customer's actual Qualifying Volume in that year and the annual volume commitment. If at the end of any month of the term of service, a customer fails to satisfy its monthly volume commitment, the customer must pay the difference between the customer's actual Qualifying Volume in that month and the monthly volume commitment.

Issued By: May 28, 2004                                                        Effective: June 11, 2004
Pam Stinson, Tariff Administrator
6 Concourse Parkway, Suite 600
Atlanta, Georgia 30328

MCImetro ACCESS TRANSMISSION SERVICES, LLC                       CONNECTICUT D.P.U.C. NO. 5
                                                                  Original Page 21.30.4

# MCI WORLDCOM ON-NET LOCAL EXCHANGE SERVICE

21.7  Miscellaneous Services (Continued)

    21.7.8  Foreign Exchange (FX) Service (Continued)

        21.7.8.2.3     Term Plans (Continued)

Early Termination Charges:

Cancellation of Discontinuance without Liability: If; (I) the customer's use of FX Service under a FX Service Term Plan equals or exceeds the customer's equivalent annualized minimum volume commitment or monthly volume commitment and (II) at the time of termination the customer is enrolled in a new FX Service Term Plan with a volume commitment which equals or exceeds the customer's existing volume commitment, the customer may terminate service under Term Plan without liability as follows: (I) the customer may terminate service at any time during the last three months of the term of service if the customer's FX Service Term Plan's term commitment is one year: or, (II) the customer may terminate service at any time during the last six months of the term of service if the customer's new FX Service Term Plan's term commitment if equal to or greater than two years.

Cancellation or Discontinuance with Liability: Discontinuance of all services furnished under the FX Service Term Plan prior to the expiration of the committed term of service constitutes discontinuance of the plan and the customer will be billed and required to pay an early termination charge equal to the Underutilization Charge for the year of termination plus 50% of all of each annual or monthly volume commitment for each year remaining in the unfulfilled term of service. Discounts: Customer will receive the following discounts applied to Eligible Volume charges and usage.

|  | Term Commitment / Discount | | | | |
|---|---|---|---|---|---|
| Volume Commitment | 15 Year | 2 Year | 3 Year | 4 Year | 5 Year |
| $ 100 /month | 0.0% | 3.0% | 6.0% | 9.0% | 12.0% |
| 250 /month | 0.0 | 3.0 | 6.0 | 9.0 | 12.0 |
| 500 /month | 0.0 | 3.0 | 6.0 | 9.0 | 12.0 |
| 1,000 /month | 5.0 | 8.0 | 11.0 | 14.0 | 17.0 |
| 2,000 /month | 5.0 | 8.0 | 11.0 | 14.0 | 17.0 |
| 3,000 /month | 5.0 | 8.0 | 11.0 | 14.0 | 17.0 |
| 4,000 /month | 5.0 | 8.0 | 11.0 | 14.0 | 17.0 |
| 5,000 /month | 7.0 | 10.0 | 13.0 | 16.0 | 19.0 |
| 7,000 /month | 7.0 | 10.0 | 13.0 | 16.0 | 19.0 |
| 120,000 /annual | 9.0 | 12.0 | 15.0 | 18.0 | 21.0 |
| 180,000 /annual | 9.0 | 12.0 | 15.0 | 18.0 | 21.0 |
| 300,000 /annual | 11.0 | 14.0 | 17.0 | 20.0 | 23.0 |
| 600,000 /annual | 13.0 | 16.0 | 19.0 | 22.0 | 25.0 |
| 900,000 /annual | 16.0 | 19.0 | 22.0 | 25.0 | 25.0 |
| 1.2M /annual | 19.0 | 22.0 | 25.0 | 25.0 | 25.0 |
| 1.8M /annual | 22.0 | 25.0 | 25.0 | 25.0 | 25.0 |
| 2.4M /annual | 25.0 | 25.0 | 25.0 | 25.0 | 25.0 |

Issued By: May 28, 2004                                                    Effective: June 11, 2004
Pam Stinson, Tariff Administrator
6 Concourse Parkway, Suite 600
Atlanta, Georgia  30328

Issued By: May 28, 2004

Pam Stinson, Tariff Administrator
6 Concourse Parkway, Suite 600
Atlanta, Georgia 30328

Effective: June 11, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid to Robert S. Golden, Jr. and Tatiana D. Eirmann, Assistants Attorney General, 10 Franklin Square, New Britain, Connecticut 06051; Robert J. Sickinger, Esq., Cummings & Lockwood, LLP, Four Stamford Plaza, P. O. Box 120, Stamford, Connecticut 06904-0120; and to Michael B. DeSanctis, Jenner & Block, LLC, 601 13th Street N.W., Washington, D.C. 20005, on this l_th day of February, 2005.

_____
Timothy P. Jensen