UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>MCI WORLDCOM COMMUNICATIONS, INC., ET AL.,<br><br>    Defendants. | Civil Action No. 3:02CV0274 (SRU)<br><br><br><br>FEBRUARY 15, 2005 |

### NOTICE OF CHANGE OF FIRM NAME OF COUNSEL

Effective January 1, 2005, the name of the firm representing The Southern New England Telephone Company, d/b/a SBC Connecticut, is now Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. The address, telephone number, and facsimile number will remain the same.

Respectfully submitted,

_____
Michael K. Kellogg (ct 23525)
David L. Schwarz (ct 23224)
Kellogg, Huber, Hansen, Todd, Evans,
    & Figel, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036-3209
202.326.7900
202.326.7999 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid to Robert S. Golden, Jr. and Tatiana D. Eirmann, Assistants Attorney General, 10 Franklin Square, New Britain, Connecticut 06051; Robert J. Sickinger, Esq., Cummings & Lockwood, LLP, Four Stamford Plaza, P. O. Box 120, Stamford, Connecticut 06904-0120; and to Michael B. DeSanctis, Jenner & Block, LLC, 601 13th Street N.W., Washington, D.C. 20005, on this 15th day of February, 2005.

_____
Timothy P. Jensen