AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

## APPEARANCE

Case Number: 3:02 cv 274

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MCI WORLDCOM COMMUNICATIONS, INC. AND MCIMETRO ACCESS TRANSMISSION SERVICES, LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/7/2005 | *[signature]* |
| Date | Signature |
| | M. JULIET BONAZZOLI    CT 21394 |
| | Print Name    Bar Number |
| | CUMMINGS & LOCKWOOD/PO BOX 120 |
| | Address |
| | STAMFORD    CT    06904 |
| | City    State    Zip Code |
| | (203) 351-4288    (203) 351-4534 |
| | Phone Number    Fax Number |