UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>MCI WORLDCOM COMMUNICATIONS, )<br>INC., ET AL. )<br>)<br>Defendant. ) | CIVIL ACTION NO. 3:02CV0274<br><br><br><br><br><br>March 8, 2005 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to Federal Rule of Civil Procedure Rule 6(b), Defendants MCI Worldcom Communications Inc. and MCImetro Access Transmission Services LLC (collectively "MCI"), respectfully request a one day extension of time in which to file their reply to Plaintiff's Motion to Alter or Amend the Judgment.

The reason for this motion is that local counsel for Defendants encountered significant formatting and technical problems in attempting to finalize the reply for filing. Despite every effort to file the reply on March 7, 2005, the problems could not be resolved before the court closed. As a precaution, the reply was filed electronically on March 7, 2005.

-2-

WHEREFORE, Defendants respectfully request a one day extension of time to file, contemporaneously with this motion, a hard copy of the reply with the court on March 8, 2005.

DEFENDANT,
MCI WORLDCOM COMMUNICATIONS, INC.,
ET AL.
BY CUMMINGS & LOCKWOOD LLC
THEIR ATTORNEYS

By: _____
M. Juliet Bonazzoli (ct 21394)
Robert P. Dolian (ct 04278)
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

Post Office Address:
P.O. Box 120
Stamford, CT 06904-0120

-3-

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC was mailed this 8th day of March, 2005 to the following counsel of record:

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910

M.E. Garber
SBC SNET Legal Department
310 Orange Street, 8th Fl.
New Haven, CT 06510

Michael C. D'Agostino
Bingham McCutchen
One State St.
Hartford, CT 06103-3178

Robert L. Marconi, Esq.
Tatiana Eirmann, Esq.
Attorney General's Office
Department of Public Utility Control
10 Franklin Square
New Britain, CT 06051

-4-

Michael K. Kellogg, Esq.
David L. Schwarz, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W. Suite 400
Washington, DC 20036

_____
M. Juliet Bonazzoli

2096262_1.doc 3/7/2005