UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR 14  P 12: 31

U.S. DISTRICT COURT

| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY |   |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:02CV0274 (SRU) |
| v. |   |
| MCI WORLDCOM COMMUNICATIONS, INC., ET AL. |   |
|   | MARCH 11, 2005 |
| Defendant. |   |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw his appearance on behalf of the Plaintiff, Southern New England Telephone Co. ("SNET"). There is good cause for the Court to grant this Motion because the undersigned no longer works for Tyler, Cooper & Alcorn LLP. SNET has been and will continue to be represented in this action by Timothy P. Jensen, Esq. of Tyler, Cooper & Alcorn LLP, who previously entered his appearance in this action.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

Michael C. D'Agostino [ct 17294]
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
Tel: (860) 240-2700
Fax: (860) 240-2818
michael.dagostino@bingham.com

CTDOCS/1621529.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th date of March, 2005 a copy of the foregoing was sent by first class mail, postage pre-paid, to the following counsel of record in this case:

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-1910

M.E. Garber
SBC SNET Legal Department
310 Orange Street, 8th Floor
New Haven, CT 06510

Robert L. Marconi, Esq.
Tatiana Eirmann, Esq.
Attorney General's Office
Department of Public Utility Control
10 Franklin Square
New Britain, CT 06051

M. Juliet Bonazzoli, Esq.
Robert P. Dolian, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902

_____
Michael C. D'Agostino