UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02cv274 (SRU) |
| v. | : : | |
| MCI WORLDCOM COMMUNICATIONS, INC., ET AL., | : : | |
| Defendants. | | |

**ORDER AMENDING PRIOR DECISION AND ORDER**

The court's Decision and Order (doc. # 74), 353 F. Supp. 2d 287, is amended as follows:

1. The following sentence, on page 16, 353 F. Supp. 2d at 297, is deleted: "The FX Decision was, at most, an interpretation of interconnection agreements in existence at the time it was issued."

2. Footnote 8, on page 16, 353 F. Supp. 2d at 297, is deleted.

3. The following sentence, on page 16, 353 F. Supp. 2d at 297, is deleted: "It had no effect on the interconnection agreement at issue in this case until after the DPUC approved the FX Decision's incorporation into that agreement."  The following sentence is inserted in its place: "The FX Decision had no effect on the interconnection agreement at issue in this case until after the DPUC approved its incorporation into that agreement."

A corrected decision will not issue, but my chambers will send a copy of this order to the West Group.

It is so ordered.

Dated at Bridgeport, Connecticut, this 18th day of March 2005.

          /s/ Stefan R. Underhill
              Stefan R. Underhill
              United States District Judge