*Conn / New Haven*
*02-cv-274*
*Hon. Underhill*

## UNITED STATES COURT OF APPEAL
## FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| S.N.E.T. | ) | |
| | ) | |
| V. | ) | Docket No.: 05-2664-cv |
| | ) | |
| MCI   WORLDCOM | ) | |
| | ) | JUNE 29, 2005 |

UNITED STATES COURT OF APPEALS
FILED
JUN 2 9 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by 30 days after decision in Global NAPs v. Verizon, 04-4685-cv, or November 28, 2005, whichever comes first. If not thus reactivated, the appeal shall be subject to dismissal with prejudice.

Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

2005 JUL 11 P 2: 39
U.S. DISTRICT COURT
NEW HAVEN, CT
FILED

CERTIFIED

JUL 0 5 2005

_____

Tatiana D. Eirmann,
Assistant Attorney General
10 Franklin Square
New Britain, Connecticut 06051
(860) 827-2620
(860) 827-2893
tatiana.eirmann@po.state.ct.us

Attorney for Appellees
CT DPUC, Donald W. Downes, Linda
Kelly, Glenn Arthur, John W. Betkoski, Jack
R. Goldberg

**SO ORDERED:**

**FOR THE COURT**
Roseann B. MacKechnie, Clerk of the Court

_____
Stanley A. Bass, Staff Counsel
June 29, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK

by_____
DEPUTY CLERK