Case 3:02-cv-00274-SRU   Document 92   Filed 08/15/2006   Page 1 of 1

# MANDATE

*CONN/New Haven*
*02-cv-274*
*Hon. Underhill*

No. 05-2664-cv

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, d/b/a AT&T CONNECTICUT, <br>     Appellant, <br><br> v. <br><br> MCI WORLDCOM COMMUNICATIONS, INC., MCIMETRO ACCESS TRANSMISSION SERVICES, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC., <br>     Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Appeal from the United States District Court for the District of Connecticut

No. 3:02cv274

Hon. Stefan R. Underhill
United States District Judge



UNITED STATES COURT OF APPEALS
FILED
AUG 1 4 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

## STIPULATION WITHDRAWING APPEAL, WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and without prejudice, subject to reinstatement by written notice to the Clerk of this Court by appellant's counsel by December 11, 2006, or 30 days after the District Court rules on the joint FRCP Rule 60(b) motion, whichever comes first; and if not thus reinstated, the appeal shall be deemed withdrawn with prejudice.

CERTIFIED:

AUG 1 4 2006