# EXHIBIT E

Case 3:02-cv-00274-SRU    Document 93-6    Filed 09/25/2006    Page 1 of 3

No. 05-2664-cv

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, d/b/a AT&T CONNECTICUT,<br>  Appellant,<br><br>    v.<br><br>MCI WORLDCOM COMMUNICATIONS, INC., MCIMETRO ACCESS TRANSMISSION SERVICES, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC.,<br>  Appellees. | Appeal from the United States District Court for the District of Connecticut<br><br>No. 3:02cv274<br><br>Hon. Stefan R. Underhill<br>United States District Judge |

## STIPULATION WITHDRAWING APPEAL, WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and without prejudice, subject to reinstatement by written notice to the Clerk of this Court by appellant's counsel by December 11, 2006, or 30 days after the District Court rules on the joint FRCP Rule 60(b) motion, whichever comes first; and if not thus reinstated, the appeal shall be deemed withdrawn with prejudice.

Dated: August 14, 2006                                Respectfully submitted,

                                                      /s/ Geoffrey M. Klineberg

Timothy Jensen                                        Geoffrey M. Klineberg
Tyler, Cooper & Alcorn, LLP                           David L. Schwarz
205 Church Street                                     Kellogg, Huber, Hansen,
New Haven, CT 06510                                      Todd, Evans & Figel PLLC
(203) 784-8200 (telephone)                            1615 M St. N.W., Suite 400
(203) 789-2133 (fax)                                  Washington, D.C. 20036
Jensen@tylercooper.com                                (202) 326-7900 (telephone)
                                                      (202) 326-7999 (fax)
                                                      gklineberg@khhte.com
                                                      dschwarz@khhte.com

*Attorneys for The Southern New England Telephone Company d/b/a AT&T Connecticut*


/s/ Tatiana D. Eirmann /gmk                           /s/ Jeffrey A. Rackow /gmk
Tatiana D. Eirmann                                    Jeffrey A. Rackow
Assistant Attorney General                            Verizon
10 Franklin Square                                    1515 North Courthouse Road
New Britain, CT 06051                                 Suite 500
(860) 827-2620 (telephone)                            Arlington, VA 22201-2909
(860) 827-2893 (fax)                                  (703) 351-3064 (telephone)
tatiana.eirmann@po.state.ct.us                        (703) 351-3655 (fax)
                                                      Jeffrey.Rackow@verizon.com

*Attorney for Appellees Connecticut                   Attorney for Appellees MCI
Department of Public Utility Control,                 Communications Services, Inc. d/b/a
Donald W. Downes, Linda Kelly, Glenn                  Verizon Business Services and MCImetro
Arthur, John W. Betkoski, and Jack                    Access Transmission Services LLC d/b/a
Goldberg*                                             *Verizon Access Transmission Services,
                                                      successors in interest to MCI WORLDCOM
                                                      Communications Inc., MCImetro Access
                                                      Transmission Services, Inc., and Brooks
                                                      Fiber Communications of Connecticut, Inc.*


Dated:

SO ORDERED:

2