# EXHIBIT B

Case 3:02-cv-00274-SRU   Document 94-3   Filed 09/25/2006   Page 1 of 5

UNITED STATES COURT OF APPEAL
FOR THE SECOND CIRCUIT

| | |
|---|---|
| S.N.E.T. ) | |
| ) | Docket No.: 05-2664-cv |
| V. ) | |
| ) | |
| MCI   WORLDCOM ) | |
| ) | JUNE 29, 2005 |

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by 30 days after decision in Global NAPs v. Verizon, 04-4685-cv, or November 28, 2005, whichever comes first.  If not thus reactivated, the appeal shall be subject to dismissal with prejudice.

Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_____
Timothy P. Jensen
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
(203) 784-8200 (Telephone)
(203) 789-2133 (Fax)
jensen@tylercooper.com

Geoffrey M. Klineberg
David L. Schwarz
Kellogg, Huber, Hansen,
Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036-3209
(202) 326-7900 (Telephone)
(202) 326-7999 (Fax)
gklineberg@khhte.com
dschwarz@khhte.com

Attorneys for Appellant,
The Southern New England
Telephone Company


_____
Michael B. DeSanctis
Robin M. Meriweather
Jenner & Block, LLP
601 13th Street N.W.
Washington, D.C. 20005
(202) 637-6323
(202) 639-6066
MdeSanctis@jenner.com

Attorneys for Appellees
MCI Worldcom Communications, Inc., MCI
Metro Access Transmission Svcs., Inc.,
Brooks Fiber Communications of
Connecticut, Inc.

_____
Tatiana D. Eirmann,
Assistant Attorney General
10 Franklin Square
New Britain, Connecticut 06051
(860) 827-2620
(860) 827-2893
tatiana.eirmann@po.state.ct.us

Attorney for Appellees
CT DPUC, Donald W. Downes, Linda Kelly, Glenn Arthur, John W. Betkoski, Jack R. Goldberg

**SO ORDERED:**

**FOR THE COURT**
Roseann B. MacKechnie, Clerk of the Court

_____
Stanley A. Bass, Staff Counsel

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid to Tatiana D. Eirmann, Assistant Attorney General, 10 Franklin Square, New Britain, Connecticut 06051 and to Michael B. DeSanctis, Robin M. Meriweather, Jenner & Block, LLP, 601 13th Street N.W., Washington, D.C. 20005, on this 29th day of June, 2005.

_____
Timothy P. Jensen