# EXHIBIT C

Case 3:02-cv-00274-SRU     Document 94-4     Filed 09/25/2006     Page 1 of 3

Conn/NEW HAVEN
02-CV-274
HON. Underhill

UNITED STATES COURT OF APPEAL
FOR THE SECOND CIRCUIT

| S.N.E.T. | ) | |
| --- | --- | --- |
| | ) | Docket No.: 05-2664-cv |
| V. | ) | |
| | ) | |
| MCI WORLDCOM | ) | |
| | ) | JUNE 29, 2005 |

*FILED JUN 2 9 2005 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk*

### STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION, WITHOUT PREJUDICE, AND WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by appellant's counsel so notifying the Clerk of this Court in writing by 30 days after decision in Global NAPs v. Verizon, 04-4685-cv, or November 28, 2005, whichever comes first. If not thus reactivated, the appeal shall be subject to dismissal with prejudice.

Withdrawal of the appeal from active consideration shall NOT operate as a dismissal of the appeal under FRAP 42(b).

_/s/ Tatiana D. Eirmann_
Tatiana D. Eirmann,
Assistant Attorney General
10 Franklin Square
New Britain, Connecticut 06051
(860) 827-2620
(860) 827-2893
tatiana.eirmann@po.state.ct.us

Attorney for Appellees
CT DPUC, Donald W. Downes, Linda Kelly, Glenn Arthur, John W. Betkoski, Jack R. Goldberg

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of the Court

_/s/ Stanley A. Bass_
Stanley A. Bass, Staff Counsel
June 29, 2005