# EXHIBIT F

**MANDATE**

CONN/New Haven
02-CV-274
Hon. Underhill

No. 05-2664-cv

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, d/b/a AT&T CONNECTICUT,<br>    Appellant,<br><br>v.<br><br>MCI WORLDCOM COMMUNICATIONS, INC., MCIMETRO ACCESS TRANSMISSION SERVICES, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC.,<br>    Appellees. | Appeal from the United States District Court for the District of Connecticut<br><br>No. 3:02cv274<br><br>Hon. Stefan R. Underhill<br>United States District Judge |



FILED
AUG 1 4 2006

### STIPULATION WITHDRAWING APPEAL, WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and without prejudice, subject to reinstatement by written notice to the Clerk of this Court by appellant's counsel by December 11, 2006, or 30 days after the District Court rules on the joint FRCP Rule 60(b) motion, whichever comes first; and if not thus reinstated, the appeal shall be deemed withdrawn with prejudice.

CERTIFIED:
AUG 1 4 2006

CONN/New Haven
02-cv-274
Hon. Underhill

No. 05-2664-cv

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, d/b/a AT&T CONNECTICUT,<br>　　Appellant,<br><br>　　v.<br><br>MCI WORLDCOM COMMUNICATIONS, INC., MCIMETRO ACCESS TRANSMISSION SERVICES, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC.,<br>　　Appellees. | Appeal from the United States District Court for the District of Connecticut<br><br>No. 3:02cv274<br><br>Hon. Stefan R. Underhill<br>United States District Judge |

*FILED AUG 1 4 2006 — UNITED STATES COURT OF APPEALS, SECOND CIRCUIT, Roseann B. MacKechnie, Clerk*

### STIPULATION WITHDRAWING APPEAL, WITHOUT PREJUDICE, WITH LEAVE TO REINSTATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees and without prejudice, subject to reinstatement by written notice to the Clerk of this Court by appellant's counsel by December 11, 2006, or 30 days after the District Court rules on the joint FRCP Rule 60(b) motion, whichever comes first; and if not thus reinstated, the appeal shall be deemed withdrawn with prejudice.

Dated: August 14, 2006

Respectfully submitted,

*[signature]*

Timothy Jensen
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510
(203) 784-8200 (telephone)
(203) 789-2133 (fax)
Jensen@tylercooper.com

Geoffrey M. Klineberg
David L. Schwarz
Kellogg, Huber, Hansen,
  Todd, Evans & Figel PLLC
1615 M St. N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900 (telephone)
(202) 326-7999 (fax)
gklineberg@khhte.com
dschwarz@khhte.com

*Attorneys for The Southern New England Telephone Company d/b/a AT&T Connecticut*

*[signature]* Tatiana D. Eirmann/gmk

Tatiana D. Eirmann
Assistant Attorney General
10 Franklin Square
New Britain, CT 06051
(860) 827-2620 (telephone)
(860) 827-2893 (fax)
tatiana.eirmann@po.state.ct.us

*Attorney for Appellees Connecticut Department of Public Utility Control, Donald W. Downes, Linda Kelly, Glenn Arthur, John W. Betkoski, and Jack Goldberg*

*[signature]* Jeffrey A. Rackow/gmk

Jeffrey A. Rackow
Verizon
1515 North Courthouse Road
Suite 500
Arlington, VA 22201-2909
(703) 351-3064 (telephone)
(703) 351-3655 (fax)
Jeffrey.Rackow@verizon.com

*Attorney for Appellees MCI Communications Services, Inc. d/b/a Verizon Business Services and MCImetro Access Transmission Services LLC d/b/a Verizon Access Transmission Services, successors in interest to MCI WORLDCOM Communications Inc., MCImetro Access Transmission Services, Inc., and Brooks Fiber Communications of Connecticut, Inc.*

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *[signature]*
Stanley A. Bass, Staff Counsel

Aug. 14, 2006

2