# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,
      Plaintiff,

**APPEARANCE**

FILED
2006 SEP 20  A 11: 45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

v.

CASE NUMBER: 3:02CV0274 (SRU)

MCI WORLDCOM COMMUNICATIONS, INC., ET AL.,
      Defendants.

To the Clerk of this court and all parties of record:

 Enter my appearance as counsel in this case for: MCI Communication Services, Inc. d/b/a Verizon Business Services and MCImetro Access Transmission Services LLC d/b/a Verizon Access Transmission Services, successors in interest to MCI WORLDCOM Communications, Inc., MCImetro Access Transmission Services, Inc., and Brooks Fiber Communications of Connecticut, Inc.

| | |
|---|---|
| September 18, 2006 | *Robert Dolian* (signature) |
| Date | Signature |
| CT 04278 | Robert P. Dolian |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-351-4307 | Cummings & Lockwood LLC, Six Landmark Square |
| Telephone Number | Address |
| 303-351-4535 | Stamford, CT  06901 |
| Fax Number | |
| rdolian@cl-law.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

 This is to certify that the foregoing Appearance was mailed on this date to the following:

 See attached.

*Robert Dolian* (signature)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was served via first-class U.S. Mail, postage prepaid, on this 18th day of September, 2006, on the following:

Timothy Jensen
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT  06510

Geoffrey M. Klineberg
David L. Schwarz
Kellogg, Huber, Hansen, Todd, Evans & Figel PLLC
1615 M Street, N.W., Suite 400
Washington, DC  20036

Tatiana D. Eirmann
Assistant Attorney General
10 Franklin Square
New Britain, CT  06051

Jeffrey A. Rackow
Verizon
1515 North Courthouse Road
Suite 500
Arlington, VA  22201-2909

_____
ROBERT P. DOLIAN

2258867_1.doc 9/18/2006