UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2006 SEP 20  A 11: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MCI WORLDCOM COMMUNICATIONS, INC., ET AL.,<br><br>Defendants. | Civil Action No. 3:02CV0274 (SRU)<br><br>September 18, 2006 |

### SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and as the above-referenced action is now re-opened on remand from the United States Court of Appeals for the 2d Circuit, the undersigned respectfully submits the following supplemental corporate disclosure statement:

1. MCI WorldCom Communications, Inc., MCI Metro Access Transmission Services, Inc., and Brooks Fiber Communications of Connecticut, Inc. were named as defendants in this action.

2. MCI Communications Services, Inc. d/b/a Verizon Business Services and MCImetro Access Transmission Services LLC d/b/a Verizon Access Transmission Services are the successors in interest to MCI WORLDCOM Communications, Inc., MCImetro Access Transmission Services, Inc., and Brooks Fiber Communications of Connecticut, Inc.

3. MCI Communications Services, Inc. d/b/a Verizon Business Services is a wholly owned subsidiary of Verizon Business Network Services Inc. MCImetro Access Transmission

Services LLC d/b/a Verizon Access Transmission Services is also a wholly owned subsidiary of Verizon Business Network Services Inc. Verizon Business Network Services Inc. is a wholly owned subsidiary of MCI Communications Corporation. MCI Communications Corporation is a wholly owned subsidiary of MCI, LLC. MCI, LLC is a wholly owned subsidiary of Verizon Communications Inc., a publicly held corporation. Verizon Communications Inc. has no parent corporations.

                              Respectfully submitted,

                              */s/ Robert P. Dolian*
                              Robert P. Dolian
                              Bar no. Ct 4278
                              Cummings & Lockwood LLC
                              Six Landmark Square
                              Stamford, CT 06901
                              (203) 351-4307 (telephone)
                              (203) 708-3948 (fax)
                              rdolian@cl-law.com

*Attorney for MCI Communications Services, Inc. d/b/a Verizon Business Services and MCImetro Access Transmission Services LLC d/b/a Verizon Access Transmission Services, successors in interest to MCI WORLDCOM Communications Inc., MCImetro Access Transmission Services, Inc., and Brooks Fiber Communications of Connecticut, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of September, 2006, I have served a copy of the foregoing Supplemental Corporate Disclosure Statement in the above-captioned action upon all parties by depositing a copy of the same in the United States mail, first-class postage prepaid, addressed as follows:

Timothy P. Jensen, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509

Geoffrey M. Klineberg, Esq.
David L. Schwarz, Esq.
Kellogg, Huber, Hansen,
   Todd, Evans & Figel PLLC
1615 M St. N.W., Suite 400
Washington, D.C. 20036

Tatiana D. Eirmann, Esq.
Assistant Attorney General
10 Franklin Square
New Britain, CT 06051

_____
Robert P. Dolian

2258882_1.doc 9/18/2006