UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,

    Plaintiff,

v.                                            Case No. 3:02cv0274(SRU)

MCI WORLDCOM COMMUNICATIONS,
INC., et al,

    Defendants.                            October 23, 2006

## MOTION FOR THE ADMISSION OF VISITING ATTORNEY

COMES NOW, Robert Dolian and, respectfully requests this court to allow Jeffrey A. Rackow, Esq. to appear as a visiting lawyer in the above-captioned matter pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut to representing Defendants MCI Communications Services, Inc. d/b/a Verizon Business Services and MCImetro Access Transmission Services LLC d/b/a Verizon Access Transmission Services, as the successors in interest to MCI WORLDCOM Communications, Inc., MCImetro Access Transmission Services, Inc., and Brooks Fiber Communications of Connecticut, Inc.  I certify that I am a member in good standing of the Bar for the United States District Court for the District of Connecticut.  All counsel consent to this motion.

-2-

*[signature: Robert Dolian]*

Robert P. Dolian, Esq.
Federal Bar ID No. ct4278
Cummings & Lockwood, LLC
Six Landmark Square
Stamford, CT 06901
(203) 327-1700 Telephone
(203) 351-4534 Telecopier
Attorney for MCI Communications
Services, Inc. d/b/a Verizon Business
Services and MCImetro Access
Transmission Services LLC d/b/a Verizon
Access Transmission Services, as the
successors in interest to MCI WORLDCOM
Communications, Inc., MCImetro Access
Transmission Services, Inc., and Brooks
Fiber Communications of Connecticut, Inc.

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by facsimile and U.S. Mail to Timothy Jensen of Tyler, Cooper, & Alcorn, LLP 205 Church Street New Haven, CT 06510 with Geoffrey M. Klineberg of Kellogg, Huber, Hansen, Todd Evans, & Figel PLLC 1615 M St. N.W., Suite 400 Washington, D.C. 20036 as attorneys for The Southern New England Telephone Company d/b/a AT&T Connecticut and Tatiana D. Eirmann AAG, 10 Franklin Square New Britian, CT 06051 as attorney for Connecticut Department of Public Utility Control, Donald W. Downes, Linda Kelly, Glenn Arthur, John E. Berkoski, and Jack Goldberg on this 23rd day of Oct., 2006.

_____
Robert P. Dolian

motion for admission.doc 10/23/2006