UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY,

    Plaintiff,

v.

MCI WORLDCOM COMMUNICATIONS,
INC., et al.,

    Defendants.

Case No. 3:02cv0274(SRU)

October 20, 2006

### AFFIDAVIT OF JEFFREY A. RACKOW

BEFORE ME, the undersigned authority, personally appeared Jeffrey A. Rackow, who after being duly sworn and deposed, states as follows, pursuant to Local Rule 83.1(d) of the United States District Court for the District of Connecticut:

1. My office address and contact information are:

   > Jeffrey A. Rackow
   > Verizon
   > 1515 N. Courthouse Rd., Suite 500
   > Arlington, VA 22201-2909
   > (703) 351-3064 (telephone)
   > (703) 351-3655 (fax)
   > jeffrey.rackow@verizon.com

2. I am a member in good standing of all of the state and federal bars to which I have been admitted, which are listed on the attached page and incorporated herein by reference.

3. I have not been denied admission or disciplined by the United States District

Court for the District of Connecticut or any other court.

4. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 20, 2006.

FURTHER AFFIANT SAYETH NOT.

_____
Jeffrey A. Rackow
Verizon
1515 N. Courthouse Rd., Suite 500
Arlington, VA 22201-2909
(703) 351-3064 (telephone)
(703) 351-3655 (fax)
jeffrey.rackow@verizon.com

COMMONWEALTH OF VIRGINIA
COUNTY OF ARLINGTON

The foregoing instrument was acknowledged before me this 20th day of October, 2006, by Jeffrey A. Rackow, who is personally known to me and who has produced a driver's license as identification.

_____
NOTARY PUBLIC

My Commission Expires: Nov. 30, 2008

PATRICK MARTIN FLAHERTY
NOTARY PUBLIC
COMMONWEALTH
OF VIRGINIA
My Commission Expires
November 30, 2008

**STATE AND FEDERAL BAR ADMISSIONS (with dates of admission and bar numbers where appropriate) AS OF OCTOBER 20, 2006 (exclusive of pro hac vice admissions)**

States:
New York (3/2/92), no. 2473569
District of Columbia (2/4/94), no. 440638
Virginia (8/25/04), no. 67348

Federal Courts:
United States Supreme Court (12/4/00)
U.S. Court of Appeals for the D.C. Circuit (9/24/98)
U.S. Court of Appeals for the 2d Circuit (12/14/00)
U.S. Court of Appeals for the 3d Circuit (8/28/00)
U.S. Court of Appeals for the 4th Circuit (3/12/03)
U.S. Court of Appeals for the 6th Circuit (5/13/03)
U.S. Court of Appeals for the 9th Circuit (9/9/02)
U.S. Court of Appeals for the 10th Circuit (2/7/00)
U.S. Court of Appeals for the 11th Circuit (7/21/00)
U.S. District Court for the District of Columbia (12/5/94)
U.S. District Court for the District of Maryland (11/20/00), no. 14858
U.S. District Court for the Eastern District of New York (10/13/92)
U.S. District Court for the Southern District of New York (10/13/92)