UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## APPEARANCE

| | |
|---|---|
| The Southern New England Telephone Company,<br><br>      Plaintiff,<br>v.<br>MCI WorldCom Communications, Inc., et al.,<br>      Defendants. | CASE NUMBER: Civil Action No. 3:02-cv-0274 (SRU) |

**To the Clerk of this court and all parties of record:**

 Enter my appearance as counsel in this case for:

  Defendants: MCI Communications Services, Inc. d/b/a Verizon Business Services and MCImetro Access Transmission Services LLC d/b/a Verizon Access Transmission Services, successors in interest to MCI WORLDCOM Communications Inc., MCImetro Access Transmission Services, Inc., and Brooks Fiber Communications of Connecticut, Inc.

| | |
|---|---|
| October 30, 2006<br>**Date** | _[signature]_<br>**Signature** |
| phv 01395<br>**Connecticut Federal Bar Number** | Jeffrey A. Rackow<br>**Print Clearly or Type Name** |
| 703-351-3064<br>**Telephone Number** | Verizon<br>**Address** |
| 703-351-3655<br>**Fax Number** | 1515 North Court House, Rd., Suite 500<br>Arlington, VA 22201-2909 |
| jeffrey.rackow@verizon.com<br>**E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | | |
|---|---|---|
| Timothy P. Jensen, Esq.<br>Tyler, Cooper & Alcorn, LLP<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509 | Geoffrey M. Klineberg, Esq.<br>David L. Schwarz, Esq.<br>Kellogg, Huber, Hansen,<br> Todd, Evans & Figel PLLC<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036 | Tatiana D. Eirmann, Esq.<br>Assistant Attorney General<br>10 Franklin Square<br>New Britain, CT 06051 |

_[signature: Robert Dolian]_
**Signature**

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**

Appearance. frm.Jan.24