No. 05-2664-cv

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, d/b/a AT&T CONNECTICUT, | ) ) ) | Appeal from the United States District Court for the District of Connecticut |
| Appellant, | ) ) | No. 3:02cv274 |
| v. | ) ) | Hon. Stefan R. Underhill United States District Judge |
| MCI WORLDCOM COMMUNICATIONS, INC., MCIMETRO ACCESS TRANSMISSION SERVICES, INC., BROOKS FIBER COMMUNICATIONS OF CONNECTICUT, INC., | ) ) ) ) ) | |
| Appellees. | ) | |

UNITED STATES COURT OF APPEALS
FILED
JAN – 5 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

## STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate to the withdrawal of the above-captioned appeal pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure. Each party agrees that it shall bear its own costs and attorneys' fees.

CERTIFIED:        JAN 1 0 2007